# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY TODD KIRKSEY, | |
| Petitioner, | 2:97-CV-0333-PMP-PAL |
| vs. | |
| E.K. McDANIEL, *et al.*, | **ORDER** |
| Respondents. | |

On May 10, 2010, this court entered an order lifting the stay and reopening proceedings in this case. Docket #173. In addition, the court allowed petitioner thirty (30) days within which to file an amended petition for a writ of habeas corpus. *Id*. After obtaining one extension of time (docket #175), petitioner filed his amended petition (docket #177) on July 19, 2010.

The amended petition having been filed, the court shall now set a schedule for further litigation of this action.

**IT IS THEREFORE ORDERED**:

1. **Response to Petition**. Respondents shall have until and including **September 30, 2010**, to file and serve an answer or other response to petitioner's amended petition for writ of habeas corpus (docket #177).

2. **Reply and Response to Reply**. Petitioner shall have **forty-five (45) days** following service of an answer by respondents to file and serve a reply. Respondents shall thereafter have **thirty (30) days** following service of a reply to file and serve a response to the reply.

3. **Briefing of Motion to Dismiss**. If respondents file a motion to dismiss, petitioner

shall have **thirty (30) days** following service of the motion to file and serve an opposition to the motion. Respondents shall thereafter have **thirty (30) days** following service of the opposition to the motion to file and serve a reply.

4. **Evidentiary Hearing**. If petitioner wishes to request an evidentiary hearing, petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate from, his reply to respondents' answer or his opposition to respondents' motion to dismiss. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required, and must meet the applicable requirements of 28 U.S.C. § 2254(e). The motion must identify whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located in the record. If petitioner files a motion for an evidentiary hearing, respondents shall file and serve a response to that motion concurrently with, but separate from, their response to petitioner's reply or their reply in support of a motion to dismiss. Petitioner shall thereafter have **twenty (20) days**, following service of respondents' response to the motion for an evidentiary hearing, to file and serve a reply in support of that motion.

DATED: July 20, 2010.

_____
PHILIP M. PRO
United States District Judge